■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS HOLMES, Appellant. [865 NYS2d 570]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 21, 1992 (*People v Holmes,* 188 AD2d 618 [1992]), affirming a judgment of the Supreme Court, Kings County, rendered March 9, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Spolzino and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIEANE JAMES, Appellant. [865 NYS2d 570]—Appeals by the defendant from two judgments of the County Court, Westchester County (Cacace, J.), both rendered September 18, 2006, convicting him of burglary in the second degree under superior court information No. 06-00405 and assault in the second degree (two counts), under superior court information No. 06-00083, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Fisher, J.P., Lifson, Covello and Balkin, JJ., concur.